

**Randall L. Morrison, Jr.**

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel: (212) 808-7544
Fax: (212) 808-7897
rmorrison@kelleydrye.com

December 30, 2022

**By eFile**
Chief Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Jeanne L. LaFrantz v. Diocese of Brooklyn, et al.*;
            Case No. 21-cv-04920-FB-CLP

Dear Magistrate Judge Pollak:

      We represent defendant The Roman Catholic Diocese of Brooklyn, New York. We write pursuant to the Court's November 22, 2022 minute order to inform the Court that the parties are in the process of conferring on the dates of depositions. We will provide the Court with a further status report once the dates are confirmed among counsel for all parties.

                          Respectfully,

                          Randall L. Morrison, Jr.

cc: Counsel for all parties (via ECF)