

February 21, 2023

Sam Amini
Jeffrey T. Baron
Richard B. Brown
Robert B. Brown
Isaac M. Dana
Jennifer Devenuti
Anthony J. DuBartell
Paul Duer
Gerard Ferrara++
Christopher Fingerhut
Eric Flores
James G. Flynn
Lisa Frank
Anthony E. Graziani
Gilbert J. Hardy
Erin E. Hennessy
Ashley A. Hughes
Timothy F.X. Jones
Tara M. Kennedy
Charles S. Mailloux
Annmarie C. Montano
Colin F. Morrissey
Dawn A. Munro
Kevin J. Philbin
Deborah S. Reed
Kayla M. Robinson
Lester C. Rodriques
Laurine M. Rubin*
Francis J. Scahill
Jesse M. Squier**
David J. Tetlak
Keri A. Wehrheim
James Wise
Kelly E. Wright
Mark S. Zemcik

OF COUNSEL:
Brian M. Hussey
James K. O'Sullivan

ALSO ADMITTED
++New Jersey
* Colorado
**Arizona

By Overnight Delivery UPS

Hon. Dora L. Irizarry, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: Jeanne LaFrantz v. Diocese of Brooklyn et ano.
    Insured: St. Mary's R.C. Church
    Claim No. BQCV-1298
    Index No. 1:21-cv-04920-FB-CLP

Dear Judge Irizarry:

  We represent the defendant, St. Mary's Roman Catholic Church. In consideration of the February 15, 2023 order reassigning this case to Your Honor, this is to inform the Court that the briefing of defendant, St. Mary R.C. Church's pending motion to dismiss the first amended complaint has been fully briefed (ECF 40-42).

  Pursuant to Your Honor's Individual Motion Practice and Rules for Civil Cases, Section IV(F)(1), enclosed please find courtesy copies of the notice of motion and the briefs in connection with the motion to dismiss.

  Thanking you for your cooperation and assistance, I remain.

        Very truly yours,

        SCAHILL LAW GROUP, P.C.
        *James G. Flynn*
        JAMES G FLYNN`, ESQ.

JGF/jh

Enc.