**KELLEY DRYE & WARREN LLP**

NEW YORK, NY   WASHINGTON, DC   CHICAGO, IL   HOUSTON, TX
LOS ANGELES, CA   SAN DIEGO, CA   PARSIPPANY, NJ   STAMFORD, CT

Randall L. Morrison Jr.
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel: (212) 808-7544
Fax: (212) 808-7897
RMorrison@KelleyDrye.com

July 1, 2025

**By ECF**

The Honorable Cheryl L. Pollak, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Jeanne LaFrantz v. Diocese of Brooklyn et al.*,
        Civ. No. 21-cv-04920-NGG-CLP

Dear Judge Pollak:

  We represent defendant The Roman Catholic Diocese of Brooklyn, New York (the "Brooklyn Diocese") in the above referenced action. During the June 20, 2025 status conference, Your Honor requested the parties to submit a status report to the Court with a proposed schedule for expert discovery on July 1, 2025. To that end, we write on behalf of and with the consent of all counsel for the parties in this action to extend the discovery deadlines in this case, as proposed below, to permit the parties adequate time to complete fact discovery and set forth specific deadlines with respect to expert discovery in this case.

| Discovery Deadline | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| End of Fact Discovery | May 30, 2025 | August 1, 2025 |
| Joint Status Report | June 6, 2025 | August 7, 2025 |
| Disclosure of Affirmative Experts | June 23, 2025 | August 7, 2025 |
| Exchange of Affirmative Expert Reports | None | September 20, 2025 |
| Disclosure of Rebuttal Experts | August 25, 2025 | October 9, 2025 |
| Exchange of Rebuttal Expert Reports | None | November 5, 2025 |
| Completion of Expert Depositions | None | December 8, 2025 |
| End of Discovery | October 23, 2025 | December 8, 2025 |
| Joint Status Report | October 30, 2025 | December 15, 2025 |
| Dispositive Motions | November 24, 2025 | January 8, 2026 |

    The parties are available for a status conference at the Court's convenience, should such a conference be required. We thank the Court for its attention to this matter.

Respectfully,

Randall L. Morrison, Jr.

cc: All counsel of record (via ECF)